**Order entered February 5, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00890-CV

### IN RE JOEL KELLEY INTERESTS, INC., Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05835**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the court's opinion of this date, we **DENY** relator's petition for writ of

mandamus and lift the November 19, 2019 stay imposed by this court.

> /s/     CORY L. CARLYLE
>          JUSTICE